AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ALVIN TOLES | wo |

Case No.   2:10cr193-MEF-01
USM No.   11417-002

Laronda Martin
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1   of the Petition filed 1/6/2014.

☐ was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to attend and comply with all obligations of the Herring House in Dothan, AL for one year or until he was successfully discharged from the program | 01/06/2014 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)   _____   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   1043

Defendant's Year of Birth:   1982

City and State of Defendant's Residence:
Montgomery, AL

02/13/2014
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Mark E. Fuller, U.S. District Judge
Name and Title of Judge

13 FEBRUARY 2014
Date

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: ALVIN TOLES
CASE NUMBER: 2:10cr193-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty Four (24) Months. That the defendant be given credit for any time served awaiting this sentence. The term of supervised release imposed on 11/15/13 is REVOKED.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be designated to a facility where he can receive the appropriate mental health evaluation and treatment as deemed necessary by BOP and where intensive residential substance abuse treatment is available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL